IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNA TONJES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV124 |
| | ) | |
| THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, | ) ) | ORDER TO SHOW CAUSE |
| | ) | |
| Defendant. | ) | |

The records of the court show that on March 20, 2008, a letter (filing #3) was sent to attorney Christina C. Boydston from the Office of the Clerk directing that she register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen (15) days.

As of May 1, 2008, Ms. Boydston has not complied with this requirement.

**IT IS ORDERED** that, on or before May 15, 2008, attorney Christina C. Boydston shall register for the System or show cause by written affidavit why she cannot comply with the rules of the court.

**DATED May 1, 2008.**

                                                   **BY THE COURT:**

                                                   **s/ F.A. Gossett**
                                                   **United States Magistrate Judge**