IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ANNA TONJES,                   )
                               )
          Plaintiff,           )      8:08CV124
                               )
     v.                        )
                               )
THE EVANGELICAL LUTHERAN GOOD  )      ORDER
SAMARITAN SOCIETY,             )
                               )
          Defendant.           )
_____)
```

This matter came before the Court on plaintiff's motion for leave to amend complaint (Filing No. 22). The Court notes defendant has no objection. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until August 1, 2008, to file an amended complaint.

DATED this 24th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court